In the Matter of the Application of HENRY A. HINMAN, Appellant, for the Removal of VENA M. HINMAN, Respondent, as Administratrix of the Estate of CHARLES N. HINMAN, Deceased.

*Matter of Hinman*, 147 App. Div. 452, affirmed.
(Argued June 10, 1912; decided June 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1912, which reversed a decree of the Broome

County Surrogate's Court revoking letters of administration theretofore issued on the estate of Charles N. Hinman, deceased.

*Henry A. Yetter* for appellant.

*Harvey D. Hinman* for respondent.

*Per Curiam.* The order of the Appellate Division should be affirmed, with costs, solely upon the ground that there was evidence sufficient to authorize the finding that there was a common-law marriage between the administratrix and decedent prior to January 1st, 1902, the date on which chapter 339 of the Laws of 1901 took effect; and also that such evidence was sufficient to raise a presumption of a ceremonial marriage prior to that date. The conclusion of the Appellate Division, that chapter 742 of the Laws of 1907 has now made common-law marriages valid in this state, has not been considered or determined by us.

CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ., concur.

Order affirmed.